1  Saul S. Rostamian (SBN: 235292)
   srostamian@winston.com
2  Evan W. Kass (SBN: 316003)
   ekass@winston.com
3  **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
4  Los Angeles, CA 90071-1543
   Telephone:  213-615-1700
5  Facsimile:   213-615-1750

6  Attorneys for Plaintiffs
   ORBIS OPPORTUNITY FUND, LP; and
7  ORBIS OPPORTUNITY FUND (CAYMAN), LP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORBIS OPPORTUNITY FUND, LP., a Delaware Limited Partnership, and ORBIS OPPORTUNITY FUND (CAYMAN), LP, a Cayman entity,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JMD AVIATION HOLDINGS, LLC., a Florida limited liability company,<br><br>　　　　　Defendant. | Case No.<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES (L.R.7.1-1)** |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for that Plaintiffs Orbis Opportunity Fund, LP, and Orbis Opportunity Fund (Cayman), LP, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Orbis Opportunity Fund, LP – Plaintiff
2. Orbis Opportunity Fund (Cayman), LP – Plaintiff

DATED: August 3, 2018  **WISNTON & STRAWN LLP**

By: \_\_/s/ Saul S. Rostamian_____
Saul S. Rostamian
Evan W. Kass
Attorneys For Plaintiffs
ORBIS OPPORTUNITY FUND, LP; and
ORBIS OPPORTUNITY FUND (CAYMAN), LP